Craig S. Miller (State Bar No. No. 139682)
William S. Weisberg (State Bar No. 146284)
**WEISBERG & MILLER**
654 Sacramento Street, Third Floor
San Francisco, California 94111
Telephone:     (415) 296-7070
Facsimile:      (415) 296-7060

Attorneys for Plaintiff
TRIC Tools, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| TRIC TOOLS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> RAM HYDRAULIC MANUFACTURING, LLC, <br><br> Defendant. | Case No. C-11-02499 PJH <br><br> STIPULATION FOR DISMISSAL AND [~~proposed~~] ORDER |

Plaintiff TRIC Tools, Inc. ("TRIC") and Defendant Ram Hydraulic Manufacturing, LLC ("RAM"), have reached a confidential settlement of the above-captioned matter. The parties want the Court to retain jurisdiction to enforce their settlement agreement, should such be necessary.

Accordingly, Plaintiff and Defendant, by and through their counsel of record, stipulate as follows:

(1)     Upon the Court's approval of the parties Stipulated Injunction, this matter shall be dismissed with prejudice; and

//

//

Page 1 of 2

TRIC Tools, Inc. v. RAM Hydraulic Manufacturing, LLC
U.S. Dist. Court (ND Cal. Oakland Division) Case No. C-10-02499 PJH
STIPULATION AND ORDER FOR DISMISSAL

(2)     The Court shall retain jurisdiction of this matter to enforce the parties' settlement agreement, the terms of which are expressly incorporated by reference into this stipulation and order.

**SO STIPULATED:**

| 4/18/2012 _____/s/_____ | 4/18/2012 _____/s/_____ |
|---|---|
| Laura Caldera Taylor | William S. Weisberg |
| Admitted *Pro Hac Vice* | WEISBERG & MILLER |
| Bullivant Houser Bailey PC | 654 Sacramento St., 3rd Flr. |
| 888 S.W. Fifth Ave., Suite 300 | San Francisco, CA 94111 |
| Portland, OR 97204-0915 | Tel: (415) 296-7070 |
| Tel: (503) 499-4602 | Fax: (415) 296-7060 |
| Email:laura.taylor@bullivant.com | Email:wweisberg@wmlawfirm.com |
| Counsel for Defendant | Counsel for Plaintiff |

**ORDER:**

The parties' stipulation is approved. This case is dismissed with prejudice, and the Court retains jurisdiction to enforce the parties' settlement agreement.

July 5, ~~April~~___ 2012

_____
Phyllis J. Hamilton
U.S. District Court Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton

Page 2 of 2

TRIC Tools, Inc. v. RAM Hydraulic Manufacturing, LLC
U.S. Dist. Court (ND Cal. Oakland Division) Case No. C-10-02499 PJH
STIPULATION AND ORDER FOR DISMISSAL